# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MISCELLANEOUS ACTION |
| v. | : | |
| CITX CORPORATION | : | NO. 11-7 |

## ORDER RE: MOTION FOR RECONSIDERATION

AND NOW, this 24th day of May, 2011, upon careful consideration of Petitioner's Motion for Reconsideration (ECF No. 4) of this Court's Memorandum and Order dated January 27, 2011 (ECF No. 3), and for the reasons in the accompanying memorandum of law, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 11-12\11-mc-7 US v Citx\US v. Citx Mot Reconsider order.wpd